**Dismissed and Memorandum Opinion filed February 10, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00091-CV

---

### XUN HUANG AND YUYING DING, Appellants

### V.

### RAJESH DALAL, Appellee

---

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 63361**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed October 29, 2014. On February 5, 2015, appellants filed a notice that they no longer wish to pursue this appeal, which we have construed as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.